**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket Nos. 40983 & 41047**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2013 Unpublished Opinion No. 810** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed: December 31, 2013** |
| | ) | |
| v. | ) | **Stephen W. Kenyon, Clerk** |
| | ) | |
| **STEELE ALLEN BAUER,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Madison County. Hon. Gregory W. Moeller, District Judge.

Judgments of conviction and consecutive unified sentences of eight years, with a minimum period of confinement of two years, for felony driving under the influence and seven years, with a minimum period of confinement of three years, for possession of a controlled substance, <u>affirmed</u>.

Sara B. Thomas, State Appellate Public Defender; Elizabeth A. Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

In Docket No. 40983, Steele Allen Bauer pled guilty to felony driving under the influence. I.C. § 18-8004(1). In exchange for his guilty plea, another charge was dismissed. In Docket No. 41047, Bauer pled guilty to possession of a controlled substance. I.C. § 37-2732(c)(1). In exchange for this guilty plea, additional charges were dismissed. The district court sentenced Bauer to a unified term of eight years, with a minimum period of confinement of two years, for felony driving under the influence and a consecutive unified term of seven years, with a minimum period of confinement of three years, for possession of a controlled substance.

1

Bauer filed I.C.R. 35 motions for reduction of his sentences, which the district court denied. Bauer appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Bauer's judgments of conviction and sentences are affirmed.